# Court of Appeals
# of the State of Georgia

ATLANTA,___August 10, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1604. DENNIS DEAN MORGAN v. THE STATE.

This case was docketed on April 14, 2015. The Appellant, who is proceeding pro se, did not file a brief or enumeration of errors within 20 days after the appeal was docketed, as required by Court of Appeals Rule 23 (a). On June 16, 2015, we granted Appellant an extension to file his brief and enumeration of errors, but he did not meet the extended deadline, either. We then ordered Appellant to file his brief and enumeration of errors on or before July 25, 2015, and informed him that if he failed to meet that deadline his appeal would be dismissed.

To date, Appellant has neither filed a brief and enumeration of errors nor communicated to this court good cause for his failure to do so. Consequently, we conclude that Appellant has abandoned this appeal. It is therefore DISMISSED pursuant to Court of Appeals Rule 23 (a).

Your appeal has been DISMISSED because your brief and enumeration of errors were not filed when due. If you have decided you do not want to appeal, you need not do anything more. However, if you do still want to appeal, you may have the right to an OUT-OF-TIME APPEAL – but you MUST TAKE ACTION to exercise that right by moving for an out-of-time appeal in the trial court. If your motion for an out-of-time appeal is denied, you may appeal that denial to this court within thirty (30) days of the trial court's decision. See: *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____08/10/2015_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*